**Vestaglas, Inc., a Corporation, Appellant, v. George E. Lloyd and Madalin Lloyd, Appellees.**

**Gen. No. 11,489.**

Second District, First Division.

September 21, 1961.

Gomberg, Missner & Lacob, of Chicago, for appellant; Lathrop J. Hunt, of St. Charles, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.